UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>JOT LABS LLC,<br><br>        Defendant. | ECF CASE<br><br>No.: 1:21-cv-04273-KAM-JRC |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff Fischler hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  September  28, 2021
       New York, New York

_____
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
Doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

BN 46984779v1